IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **HONOR WILLSON,** <br><br> **Plaintiff,** <br><br> v. <br><br> **DANI HERZOG and RUSTY BINGHAM,** <br><br> **Defendants.** | **REPORT AND RECOMMENDATION** <br><br> **Case No. 1:18-cv-00076-JNP-PMW** <br><br> **District Judge Jill N. Parrish** <br><br> **Chief Magistrate Judge Paul M. Warner** |

District Judge Jill N. Parrish referred this case to Chief Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B).[1] Plaintiff Honor Willson ("Willson") filed her complaint in this case on July 2, 2018.[2] Pursuant to rule 4(m) of the Federal Rules of Civil Procedure, service of a summons and complaint must be completed within ninety (90) days after the complaint is filed.  *See* Fed. R. Civ. P. 4(m).  That deadline expired long ago, and Willson has not provided the court with the requisite proof of service to demonstrate that the summons and complaint have been properly served on the sole remaining Defendant in this case, Rusty Bingham ("Bingham").  *See* Fed. R. Civ. P. 4(*l*).

On February 27, 2019, the court issued an order requiring Willson to show cause why her claims against Bingham should not be dismissed.[3]  *See* DUCivR 41-2 ("The court may issue at

---

[1] *See* docket no. 10.

[2] *See* docket no. 1.

[3] *See* docket no. 18.

any time an order to show cause why a case should not be dismissed for lack of prosecution."). Willson was directed to respond to the court in writing no later than March 29, 2019, to inform the court of the status of this case as it pertains to Bingham and her intentions to proceed with her claims against Bingham.  Willson was warned that her failure to do so would result in a recommendation to Judge Parrish that Willson's claims against Bingham be dismissed.  *See id*. ("If good cause is not shown within the time prescribed by the order to show cause, the court may enter an order of dismissal with or without prejudice, as the court deems proper.").

As of the date of this report and recommendation, Willson has not responded to the court's order to show cause, and the deadline for doing so has expired.  Accordingly, IT IS HEREBY RECOMMENDED that Willson's claims against Bingham in this case be DISMISSED WITHOUT PREJUDICE based upon her failure to prosecute those claims.  *See id*.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  The parties must file any objection to this Report and Recommendation within fourteen (14) days after being served with a copy of it.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 17th day of April, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge